# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| R2 Solutions LLC, <br><br> Plaintiff, <br><br> v. <br><br> Roku, Inc., <br><br> Defendant. | Civil Action No. 6:21-cv-997-ADA <br><br> Jury Trial Demanded |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff R2 Solutions LLC ("R2 Solutions") and Defendant Roku, Inc. ("Roku") hereby state that the parties have resolved the matters in controversy between them. Accordingly, R2 Solutions and Roku stipulate that the claims brought by R2 Solutions against Roku in the above-captioned action should be dismissed WITH PREJUDICE.

For this reason, R2 Solutions and Roku ask that the Court enter the attendant proposed Order of Dismissal, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: December 14, 2021                    Respectfully submitted,

| | |
|---|---|
| */s/ Edward R. Nelson III* <br> Edward R. Nelson III <br> State Bar No. 00797142 <br> Brent N. Bumgardner <br> State Bar No. 00795272 <br> Christopher G. Granaghan <br> State Bar No. 24078585 | */s/ David N. Deaconson* <br> David N. Deaconson <br> Texas Bar Card No. #05673400 <br> **Pakis, Giotes, Page & Burleson, P.C.** <br> P.O. Box 58 <br> Waco, TX 76703 <br> (254) 297-7300 <br> deaconson@pakislaw.com |

| | |
|---|---|
| **NELSON BUMGARDNER CONROY PC**<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>817.377.9111<br>ed@nelbum.com<br>brent@nelbum.com<br>chris@nelbum.com<br><br>**COUNSEL FOR**<br>**PLAINTIFF R2 SOLUTIONS LLC** | Andrew N. Thomases<br>**ROPES & GRAY LLP**<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA 94303<br>(650) 617-4090<br>andrew.thomases@ropesgray.com<br><br>Josef B. Schenker<br>**ROPES & GRAY LLP**<br>1211 Avenue of the Americas<br>New York, NY 10036<br>(212) 596-9637<br>josef.schenker@ropesgray.com<br><br>Taylor J. Lawrence (*pro hac vice*)<br>**ROPES & GRAY LLP**<br>2099 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>(202) 508-4713<br>taylor.lawrence@ropesgray.com<br><br>**COUNSEL FOR DEFENDANT**<br>**ROKU, INC.** |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all parties of record on December 14, 2021 via the Court's CM/ECF system.

*/s/ Edward R. Nelson III*
