IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| R2 Solutions LLC, <br><br> Plaintiff, <br><br> v. <br><br> Roku, Inc., <br><br> Defendant. | Civil Action No. 6:21-cv-997-ADA <br><br> Jury Trial Demanded |

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal of Plaintiff R2 Solutions LLC ("R2 Solutions") and Defendant Roku, Inc. ("Roku") pertaining to the above-captioned action. Having considered the Stipulation, which the Court accepts and acknowledges, and finding that good cause exists for granting it, the Court is of the opinion that the Stipulation of Dismissal should be, in all respects, GRANTED.

IT IS THEREFORE ORDERED that all claims in the above-captioned action are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated:_____                    _____
                                           THE HONORABLE ALAN D. ALBRIGHT
                                           UNITED STATES DISTRICT JUDGE